# EXHIBIT B

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
ATTORNEYS AT LAW

DEVIN SREECHARANA
DIRECT LINE (602) 774-3538

CHASE TOWER
22ND FLOOR
201 NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-0608

TELEPHONE
(602) 252-1900

FACSIMILE
(602) 252-1114

WEBSITE
www.maypotenza.com

EMAIL
devin@maypotenza.com

April 5, 2013

<u>VIA E-MAIL: pathtyphon@gmail.com</u>
<u>AND U.S. MAIL</u>
Mr. Nicholas Hayden
2345 Paloma Ct., Apt. #8
Pinole, CA 94564-1403

Re:   <u>Demand that you cease and desist from defamatory and other tortious conduct: Subject to Rule 408 of the Arizona Rules of Evidence.</u>

Dear Mr. Hayden:

As you know, this Firm represents Romeo Filip ("Mr. Filip") and Battle Foam, LLC, an Arizona limited liability company ("Battle Foam") (Battle Foam and Mr. Filip collectively referred to as the "Battle Foam Plaintiffs"). On April 1, 2013, I sent you a letter, on behalf of the Battle Foam Plaintiffs, demanding that you cease and desist from your defamatory and tortious conduct (the "Demand Letter"). The Demand Letter provided a number of demands, the satisfaction of which by April 8, 2013 will resolve this dispute.

I am in receipt of your e-mail dated today, in which you request an extension of the April 8, 2013 deadline. The Battle Foam Plaintiffs *will not* extend that deadline.

Your defamatory article has been posted on your website for approximately one month. In that time, the Battle Foam Plaintiffs have incurred significant quantifiable losses as a direct result of your defamatory article, which losses equal upwards of approximately two thousand dollars ($2,000.00) a day. Similarly, the record of your campaign to attack the character and reputation of both Mr. Filip and Battle Foam in the miniature war-gaming community grows daily. The very individuals and entities you cite as Battle Foam's aggrieved business partners will testify as to the falsity of your statements. Documentary evidence will illustrate the same.

The requested remedies are reasonable and straightforward. The resolution of this dispute is simple: satisfy the Battle Foam Plaintiff's demands, and they will refrain from pursuing their viable legal claims against you in a court of law. Alternatively, if you take

Nicholas Hayden
April 5, 2013
Page 2

issue with one or more of the demands, articulate a counteroffer. Or, provide the Battle Foam Plaintiffs with evidence proving the veracity of your statements.

If you choose to do nothing by April 8, 2013, you will necessarily force the Battle Foam Plaintiffs to file their Complaint and pursue their claims against you until entry of final judgment.

It is undoubtedly in the parties' best interests to resolve this dispute as expeditiously as possible. The Battle Foam Plaintiffs' losses, as well as the fees and costs they have and will continue to incur to defend their reputations and integrity, will only increase. You will be held accountable for such losses and your misconduct. The Battle Foam Plaintiffs highly encourage you to work with them, *not* against them.

If you (or your potential counsel) have any questions regarding the contents and/or the substance of the Affidavit or the proposed settlement terms, please contact me immediately.

I look forward to working with you to resolve this dispute as quickly and efficiently as possible.

Sincerely,

MAY, POTENZA, BARAN, & GILLESPIE, P.C.

Devin Sreecharana, Esq.

DS/rg