UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Filip, et al**<br>PLAINTIFF(S)<br><br>v.<br><br><br>**Hayden, et al**<br>DEFENDANT(S) | CASE NO.  **CV-13-01131-PHX-ROS**<br><br>NOTICE TO FILER OF DEFICIENCIES IN<br>ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Notice of Removal #1*  filed by *Marc Randazza*:

**ACTION REQUIRED BY THE FILER**

☒   The deficiency indicated below must be corrected within one (1) business day of this notice.

☒   Required document(s) not attached.  The following required documents were not attached: Supplemental Cover Sheet.

☒   File the documents using the event Other Notice found in the Notices category.