# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office.

Additional sheets may be used as necessary.
_____

1.  **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type.  Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    | Party | Party Type | Attorney(s) |
    |---|---|---|
    | Romeo Filip | Plaintiff | For All Plaintiffs: |
    | Battle Foam LLC | Plaintiff | Devin Sreechna, AZ Bar #029057 |
    | Outlaw Miniatures | Plaintiff | May, Potenza, Baran & Gillespie, P.C. |
    | See Attachment A | | Chase Tower, Suite 2200 |
    | | | 201 N. Central Avenue |
    | | | (602) 252-1900 |

2.  **Jury Demand:**

    Was a Jury Demand made in another jurisdiction?     Yes     [No]

    If "Yes," by which party and on what date?

    _____   _____

3.  **Answer:**

    Was an Answer made in another jurisdiction?     Yes     [No]

    If "yes," by which party and on what date?

    _____   _____

4.  **Served Parties:**
    The following parties have been served at the time this case was removed:

    | Party | Date Served | Method of Service |
    |---|---|---|
    | Defendent Nicolas Hayden | May 29, 2013 | Waiver of Service |

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| Doe Individuals or Entities 1-10 | Unknown |
| Jane Doe Hayden | Unknown |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
|  |  |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| 1. Plaintiffs against all Defendants | 1. Defamation-Plaintiffs claim Defendants made false allegations about Plaintiff on Internet. |
| 2. Plaintiffs against all Defendants | 2. False Light-Plaintiffs claim Defendants portrayed Plaintiffs in false light. |
| 3. Plaintiffs against all Defendants | 3. Intentional Interference with Contract-Plaintiffs claims Defendants' comments interfered with Plaintiffs' contracts. |
| 4. Plaintiffs against all Defendants | 4. Intentional Interference with Business Expectancy-Plaintiffs claims Defendants' comments interfered with Plaintiffs' continuing business relationships. |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

Attachment A-Parties Continued

| Party | Party Type | Attorneys |
|---|---|---|
| Nicolas Hayden | Defendant | Marc J. Randazza, AZ Bar #027861<br>Randazza Legal Group<br>6525 W. Warm Springs Road Suite 100<br>Las Vegas, NV 89118<br>(702) 420-2001<br>AND<br>D. Gill Sperlein, pro hac vice pending<br>Law Offices of D. Gill Sperlein<br>345 Grove Street<br>San Francisco, CA 94102<br>(415) 404-6615 |
| Does 1-10 | Defendants | Unknown |
| Jane Doe Hayden | Defendant | Unknown |