IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Romeo Filip, et al.,<br><br>           Plaintiffs,<br><br>vs.<br><br>Nicolas Hayden, et al.,<br><br>           Defendants. | No. CV-13-01131-PHX-ROS<br><br>**ORDER** |

The Notice of Removal states "Defendants Hayden and Jane Doe Hayden are residents of the State of California, located in Contra Costa County."[1] It also states "Plaintiff Battle Foam is a citizen of California," and "Plaintiff Outlaw Miniatures is a citizen of California."[2] (Doc. 1 at 2). Based on these allegations, diversity of citizenship does not exist and this case must be remanded. *See Maniar v. FDIC*, 979 F.2d 782, 784-85 (9th Cir. 1992) (district courts may remand *sua sponte* for lack of subject matter jurisdiction).

---

[1] The "diversity statute, 28 U.S.C. § 1332, speaks of citizenship, not of residency." *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001). Thus, alleging the Haydens are "residents of California" does not help establish diversity jurisdiction.

[2] Defendants are limited liability companies but the Notice of Removal does not allege the citizenship of the owners/members. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("We therefore join our sister circuits and hold that, like a partnership, an LLC is a citizen of every state of which its owners/members are citizens.").

1 | Accordingly,

2 | **IT IS ORDERED** this case shall be **REMANDED** to the Maricopa County Superior
3 | Court.

4 | DATED this 18th day of June, 2013.

*(signature)*
Roslyn O. Silver
Chief United States District Judge

- 2 -