# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**DEBRA D. LUCAS**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

June 19, 2013

Clerk of Court
Maricopa County Superior Court
201 West Jefferson
Phoenix, Arizona 85003-2205

**ATTN:**       **Civil File Counter**

**RE:**       **REMAND TO MARICOPA COUNTY SUPERIOR COURT**
**District Court Case Number: CV 13-1131-PHX-ROS**
**Superior Court Case Number:   CV 2013-007123**

Dear Clerk:

            Enclosed is a copy of the Order entered in this Court on <u>June 19, 2013</u>
remanding the above case to Maricopa County Superior Court for the State of Arizona.

                        Sincerely,

                        BRIAN D. KARTH, DCE/Clerk of Court

                        By <u>.    s/ Ruth E. Williams      </u>
                              Ruth E. Williams, Deputy Clerk

cc:    Judicial Administrator
       Civil Court Administration
       4th Floor, CCB
       201 West Jefferson
       Phoenix, Arizona 85003-2205

**PLEASE ACKNOWLEDGE RECEIPT OF THIS DOCUMENT AND RETURN IN THE
ENVELOPE PROVIDED** - By _____ Dated: _____

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services,
while fostering a customer-friendly and employee-friendly environment.*