Devin Sreecharana, Esq. (AZ Bar No. 029057)
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
Chase Tower, Suite 2200
201 N. Central Avenue
Phoenix, AZ  85004-0608
Telephone:  (602)252-1900
Facsimile:   (602)252-1114
E-mail: devin@maypotenza.com

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Romeo Filip, a married man; Battle Foam, LLC, an Arizona limited liability company; and Outlaw Miniatures, LLC, an Arizona limited liability company,<br><br>           Plaintiffs,<br><br>vs.<br><br>Nicolas Hayden and Jane Doe Hayden, husband and wife; Doe Individuals or Entities 1-10,<br><br>           Defendants. | Case No. 2:13-cv-01131-ROS<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Devin Sreecharana of the law firm of May, Potenza, Baran & Gillespie, P.C., appears as attorney of record on behalf of Plaintiffs Romeo Filip, a married man, Battle Foam, LLC, an Arizona limited liability company and Outlaw Miniatures, LLC, an Arizona limited liability company.

DATED this 19th day of June, 2013.

MAY, POTENZA, BARAN & GILLESPIE, P.C.


/s/ Devin Sreecharana
Devin Sreecharana, Esq.
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2013 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

D. Gill Sperlein
The Law Office of D. Gill Sperlein
345 Grove Street
San Francisco, California 94102
Attorney for Plaintiff

Marc John Randazza
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, Nevada 89118
Attorney for Plaintiff

s/ Kirsten Sylvia