Devin Sreecharana, Esq. (AZ Bar No. 029057)
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
Chase Tower, Suite 2200
201 N. Central Avenue
Phoenix, AZ  85004-0608
Telephone:  (602)252-1900
Facsimile:   (602)252-1114
E-mail: devin@maypotenza.com

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Romeo Filip, a married man; Battle Foam, LLC, an Arizona limited liability company; and Outlaw Miniatures, LLC, an Arizona limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Nicolas Hayden and Jane Doe Hayden, husband and wife; Doe Individuals or Entities 1-10,<br><br>Defendants. | Case No. 2:13-cv-01131-ROS<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff Battle Foam, LLC, an Arizona limited liability company in compliance with the provisions of: *(check one)*

☒ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement

1

identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☒ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List *identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

☐ Other *(please explain)*

**A supplemental disclosure statement will be filed upon any change in the information provided herein**.

DATED this 19th day of June, 2013.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

/s/ Devin Sreecharana
Devin Sreecharana, Esq.
Attorney for Plaintiffs

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2013 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> D. Gill Sperlein
> The Law Office of D. Gill Sperlein
> 345 Grove Street
> San Francisco, California 94102
> Attorney for Plaintiff
>
> Marc John Randazza
> Randazza Legal Group
> 6525 W. Warm Springs Road, Suite 100
> Las Vegas, Nevada 89118
> Attorney for Plaintiff

s/ Kirsten Sylvia