# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

**DEBRA D. LUCAS**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

*[Stamp: FILED / LODGED / RECEIVED / COPY — JUL 1 2 2013 — CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY ___ P DEPUTY]*

*[Stamp: FILED 7-8-13 11:00am MICHAEL K. JEANES, Clerk By ___ Deputy]*

June 19, 2013

Clerk of Court
Maricopa County Superior Court
201 West Jefferson
Phoenix, Arizona 85003-2205

**ATTN:**   Civil File Counter

**RE:**   **REMAND TO MARICOPA COUNTY SUPERIOR COURT**
District Court Case Number: CV 13-1131-PHX-ROS
Superior Court Case Number:  CV 2013-007123

Dear Clerk:

Enclosed is a copy of the Order entered in this Court on <u>June 19, 2013</u> remanding the above case to Maricopa County Superior Court for the State of Arizona.

Sincerely,

BRIAN D. KARTH, DCE/Clerk of Court

By .   s/ Ruth E. Williams
        Ruth E. Williams, Deputy Clerk

cc:   Judicial Administrator
      Civil Court Administration
      4th Floor, CCB
      201 West Jefferson
      Phoenix, Arizona 85003-2205

**PLEASE ACKNOWLEDGE RECEIPT OF THIS DOCUMENT AND RETURN IN THE ENVELOPE PROVIDED** - By _____ Dated: 7-8-13

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*